Matthew S. Covington (Bar No. 154429)
mcovington@archernorris.com
Alissa R. Pleau-Fuller (Bar No. 258907)
apleau-fuller@archernorris.com
Anthony D. Phillips (Bar No. 259688)
aphillips@archernorris.com
ARCHER NORRIS
A Professional Law Corporation
One Embarcadero Center, Suite 360
San Francisco, California  94111
Telephone:	415.653.1480
Facsimile:	415.653.1481

Attorneys for Defendant
CIRCLE K STORES INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK YI, an individual, as successor in interest to OE SUN YI,<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE K STORES, INC., a Texas Corporation,<br><br>Defendant. | Case No. 2:16-CV-02171 RSWL-AJW<br><br>**[PROPOSED]** ORDER ON STIPULATED PROTECTIVE ORDER |

In accordance with the Stipulation of the parties and for good cause appearing, the Court hereby orders entry of the Stipulated Protective Order attached hereto as Exhibit 1 and which shall govern confidential information in the above-captioned action.

IT IS SO ORDERED.

Dated:  December 6, 2016

_____
Hon. Andrew J. Wistrich
Magistrate Court Judge