# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK YI, an individual, as successor in interest to OE SUN YI,<br><br>        Plaintiff,<br><br>   v.<br><br>CIRCLE K STORES INC.,<br><br>        Defendant. | CV 16-2171-RSWL-AJWx<br><br>**JUDGMENT** |

**WHEREAS**, on June 26, 2017, the Court granted Defendant Circle K Stores, Inc.'s ("Defendant") Motion for Summary Judgment [30].

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendant and against Plaintiff Mark Yi ("Plaintiff").

This action is hereby dismissed in its entirety.

**IT IS SO ORDERED.**

DATED: June 26, 2017        s/ RONALD S.W. LEW

                                    **HONORABLE RONALD S.W. LEW**
                                    Senior U.S. District Judge